ORIGINAL

1  ERIC S. WALTERS (CA SBN 151933)
   EWalters@mofo.com
2  ERIKA L. YAWGER (CA SBN 234919)
   EYawger@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, CA 94304-1018
   Telephone: 650.813.5600
5  Facsimile: 650-494-0792

6  Attorneys for Plaintiff
   ALIPHCOM
7

FILED

2010 MAY 27  P 2: 51

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BZ

CV 10 2337

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  ALIPHCOM, a California corporation,          Case No.

12              Plaintiff,                       COMPLAINT FOR
                                                 DECLARATORY JUDGMENT OF
13      v.                                       PATENT INVALIDITY

14  WI-LAN, INC., a Canadian corporation,

15              Defendant.                       **DEMAND FOR JURY TRIAL**

16

17      Plaintiff Aliphcom ("Aliph"), for its Complaint for Declaratory Judgment of Patent

18  Invalidity ("Complaint") against Defendant Wi-LAN, Inc. ("Wi-LAN"), hereby demands a jury

19  trial and alleges as follows:

20                      **NATURE OF THE ACTION**

21      1.    This is an action for declaratory judgment of invalidity of two United States

22  patents pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201-02, and the Patent Laws

23  of the United States, 35 U.S.C. § 100 *et seq.*, and for such other relief as the Court deems just

24  and proper.

25                              **PARTIES**

26      2.    Plaintiff Aliph is a corporation organized and existing under the laws of the

27  State of California, with its principal place of business at 99 Rhode Island Street, Third Floor,

28  San Francisco, CA 94103.

1      3.     On information and belief, Defendant Wi-LAN is a corporation organized and

2 existing under the laws of Canada, with its principal place of business at 11 Holland Avenue,

3 Suite 608, Ottawa, Ontario, Canada. As alleged herein, Wi-LAN has engaged in various acts

4 in and directed to California.

5                                  **JURISDICTION**

6      4.     This Court has exclusive subject matter jurisdiction pursuant to 28 U.S.C. §§

7 1331, 1338(a), 1367, 2201 and 2202, and the Patent Laws of the United States, 35 U.S.C. § 100

8 *et seq.*

9      5.     On information and belief, this Court has personal jurisdiction over Wi-LAN

10 because Wi-LAN has constitutionally sufficient contacts with California so as to make personal

11 jurisdiction proper in this Court.

12      6.     This Court may declare the rights and other legal relations of the parties

13 pursuant to 28 U.S.C. §§ 2201 and 2202 because this is a case of actual controversy within the

14 Court's jurisdiction seeking a declaratory judgment that the Wi-LAN patents are invalid.

15                                    **VENUE**

16      7.     Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1400. Aliph has

17 suffered harm in this district, and a substantial part of the events giving rise to the claims

18 alleged herein occurred in this judicial district.

19                 **INTRADISTRICT ASSIGNMENT**

20      8.     This action includes patent-based declaratory judgment claims arising in

21 connection with conduct occurring in or directed to San Francisco County. Moreover, Aliph's

22 headquarters is located in San Francisco, and Aliph employees with a knowledge of the

23 products likely to be at issue in this litigation are located in San Francisco. Accordingly,

24 pursuant to Local Rule 3-2(c), assignment to the San Francisco Division is appropriate.

25                   **GENERAL ALLEGATIONS**

26      9.     Since its founding in 1999, Aliph has revolutionized mobile audio Bluetooth®

27 products through its innovative technology and design. Aliph was the first company to

28 successfully introduce noise-suppression technology to the market due to its expertise in

COMPLAINT FOR DECLARATORY JUDGMENT OF PATENT INVALIDITY     2
pa-1406804

1    producing and designing earwear. Indeed, Aliph's noise-suppression technology has allowed it

2    to become the leader in the Bluetooth® headset market with its Jawbone® product line.

3         10.    Wi-LAN purports to own U.S. Patent No. 5,515,369 ("the '369 patent"), entitled

4    "Method for Frequency Sharing and Frequency Punchout in Frequency Hopping

5    Communications Network," a copy of which is attached as Exhibit A.

6         11.    Wi-LAN also purports to own U.S. Patent No. 6,549,759 ("the '759 patent"),

7    entitled "Asymmetric Adaptive Modulation in a Wireless Communication System," a copy of

8    which is attached hereto as Exhibit B.

9         12.    On information and belief, Wi-LAN acquired the rights to the '369 and '759

10   patents with the intent to bring suit against other parties, including Aliph. On information and

11   belief, Wi-LAN currently has no business activity other than the bringing of patent litigation

12   and licensing of patents.

13        13.    On May 20, 2010, Wi-LAN sent Aliph's Chief Executive Officer, Hosain

14   Rahman, a cease and desist letter, alleging that Aliph's importation, manufacture, use, offers

15   for sale, and sales of the Jawbone® Icon® and Jawbone® Earcandy® products, and potentially

16   other Aliph Bluetooth® products, infringe Wi-LAN's '369 and '759 patents. In its letter, Wi-

17   LAN stated that Aliph "requires a license" to Wi-LAN's patents, and if no license were taken,

18   threatened to "do what is required to protect our patent rights."

19        14.    Wi-LAN has asserted the '369 and '759 patents and filed suit against numerous

20   other companies alleging infringement of these patents, made public statements regarding the

21   alleged applicability of its patents to Bluetooth® products, and has confirmed its willingness

22   and ability to file suit.

23        15.    Aliph denies that the '369 and '759 patents are valid.

24        16.    By virtue of these acts, an actual and justiciable controversy exists between the

25   parties concerning the validity of the '369 and '759 patents and concerning Plaintiff's liability

26   for alleged infringement of any valid claim thereof. Plaintiff now seeks a declaratory judgment

27   of invalidity of the '369 and '759 patents.

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT I

### Declaratory Judgment of Invalidity of the '369 Patent

17.     Aliph incorporates by reference, as though fully set forth herein, the allegations contained in paragraphs 1-16 of this Complaint.

18.     Each claim of the '369 patent is invalid for failure to meet the conditions of patentability and/or otherwise comply with one of more of the requirements of Title 35, United States Code, including, but not limited to, 35 U.S.C. §§ 100 *et seq.*, 101, 102, 103, 112 and/or 132.

## COUNT II

### Declaratory Judgment of Invalidity of the '759 Patent

19.     Aliph incorporates by reference, as though fully set forth herein, the allegations contained in paragraphs 1-18 of this Complaint.

20.     Each claim of the '759 patent is invalid for failure to meet the conditions of patentability and/or otherwise comply with one of more of the requirements of Title 35, United States Code, including, but not limited to, 35 U.S.C. §§ 100 *et seq.*, 101, 102, 103, 112 and/or 132.

## PRAYER FOR RELIEF

WHEREFORE, Aliph respectfully requests:

A.      A Declaratory Judgment that each claim of the '369 patent is invalid;

B.      A Declaratory Judgment that each claim of the '759 patent is invalid;

C.      For plaintiff's costs in this action; and

D.      Such further relief as the Court may deem just and proper.

Dated: May 27, 2010                                                 ERIC S. WALTERS
                                                                                 ERIKA L. YAWGER
                                                                                 MORRISON & FOERSTER LLP

By: _____
                                                                                 ERIC S. WALTERS
                                                                                 Attorneys for Plaintiff
                                                                                 ALIPHCOM

COMPLAINT FOR DECLARATORY JUDGMENT OF PATENT INVALIDITY                          4
pa-1406804

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
US005515369A

## United States Patent [19]

### Flammer, III et al.

[11] **Patent Number:** **5,515,369**

[45] **Date of Patent:** **May 7, 1996**

[54] **METHOD FOR FREQUENCY SHARING AND FREQUENCY PUNCHOUT IN FREQUENCY HOPPING COMMUNICATIONS NETWORK**

[75] Inventors: **George H. Flammer, III**, Cupertino; **Brett D. Galloway**, Campbell; **David L. Paulsen**, Mountain View, all of Calif.

[73] Assignee: **Metricom, Inc.**, Los Gatos, Calif.

[21] Appl. No.: **265,096**

[22] Filed: **Jun. 24, 1994**

[51] **Int. Cl.⁶** ...................................................... **H04J 1/14**
[52] **U.S. Cl.** ............................ **370/69.1;** 370/76; 375/285
[58] **Field of Search** ................................ 370/95.1, 95.2,
370/95.3, 69.1, 76, 70, 50, 94.1, 77, 18;
375/202, 200, 203, 208, 285; 455/61, 62,
63, 69, 70, 71, 138, 166.1

[56] **References Cited**

U.S. PATENT DOCUMENTS

| 4,554,668 | 11/1985 | Deman et al. | .......................... 375/202 |
| 5,007,052 | 4/1991 | Flammer . | |

| 5,079,768 | 1/1992 | Flammer . | |
| 5,115,433 | 5/1992 | Baran et al. . | |
| 5,361,401 | 1/1994 | Pirillo | ....................................... 455/62 |

*Primary Examiner*—Melvin Marcelo
*Assistant Examiner*—Huy D. Vu
*Attorney, Agent, or Firm*—Townsend and Townsend and Crew; Kenneth R. Allen; Stephen J. LeBlanc

[57] **ABSTRACT**

In a wireless packet communication system having a plurality of nodes, each having a transmitter and a receiver, the receiver at each node is assigned a seed value and is provided with a channel punchout mask. A node uses its seed value and punchout mask to generate a specific randomly ordered channel hopping band plan on which to receive signals. A node transmits its seed value and punchout mask to target nodes with which it wants to establish communication links, and those target nodes each use the seed value and punchout mask to generate the randomly ordered channel hopping band plan for that node. Subsequently, when one of the target nodes wish to transmit to the node, the target node changes frequency to the frequency of the node according to that node's band plan.

**10 Claims, 2 Drawing Sheets**





*FIG. 1*



*FIG. 2*

Case5:10-cv-02337-LHK Document1 Filed05/27/10 Page9 of 32

5,515,369

**1**

## METHOD FOR FREQUENCY SHARING AND FREQUENCY PUNCHOUT IN FREQUENCY HOPPING COMMUNICATIONS NETWORK

### BACKGROUND OF THE INVENTION

The invention relates generally to the field of data communication. More particularly, this invention relates to a technique for establishing a channel band plan for a node in a communication network that utilizes multi-channel hopping. This invention has particular application to packet communication radio mesh networks using frequency hopping.

Packet communication networks provide for the transfer of data packets between various remote locations herein referred to as nodes. Nodes are equipped with transmitters and receivers that can transmit data over a medium, which may be radio waves, fiber optic cable, wire, etc. In order to accomplish successful data transfer, each node must operate in accordance with a protocol determining when it may transfer on the medium, for how long, and, in a multiple channel network, on what channel. Additional protocol tasks include error checking and error correction. Various network protocols and network topologies are discussed in earlier related patents in this field owned by the assignees of the present invention, including U.S. Pat. Nos. 5,115,433; 5,007, 052; and other patents mentioned below.

U.S. Pat. No. 5,079,768 (Flammer et. al) issued to one of the inventors of the present invention, describes a peer-to-peer frequency-hopping radio-based communication network in which every receiver node is assigned a different starting point or home slot in a frequency hopping pattern. The frequency-hopping pattern is a randomized ordered list of all the channels available to nodes in the network. The channel order is shared by all the nodes in the network, but contention is reduced by having each node start its channel hopping at a different channel in the list. Transmitters wishing to transmit to a receiver node must switch to that receiver's current frequency in the hopping pattern to transmit a poll packet. The transmitter first listens at the assigned frequency of the receiver to determine if there is any traffic at that frequency. If there is traffic at that frequency, the transmitter waits an interval and the transmitter and receiver both hop to the next frequency in the pattern and the transmitter listens again. Once a frequency is found with no traffic, the transmitter sends a poll packet, and when that poll packet is acknowledged, the transmitter sends a data packet before the hop to the next frequency. In a particular embodiment of this network, frequency hopping occurs once every second.

As discussed the '768 patent, communication on certain frequencies may be restricted in duration in accordance with frequency allocation and bandwidth utilization rules and requirements. Such restrictions may be imposed by a licensing authority, such as the U.S. Federal Communications Commission (FCC). For example, in the 902–928 MHz frequency band, the FCC has proposed a rule that continuous transmission by a single transmitter of no more than 1 watt rf output power on any one channel be of no more than 400 ms duration each 30 seconds, and that at least some if not all other channels be selected prior to retransmission on the same frequency (FCC Rules, Part 15.247). Communication between any given pair of transceivers on a single frequency is thus restricted to packets of information which can be communicated in less than 400 ms, and means must be provided to accommodate communication on other frequencies.

**2**

Related co-pending U.S. patent application Ser. No. 08/193,338, claims improvements to the frequency-hopping communication network of Flammer. According to the invention disclosed in that application, when a target node returns an acknowledgement, the target node reserves access to itself for the polling station at a preselected time for a preselected duration on a specified frequency channel that is different from its assigned channel according the band plan. The source node then transmits its data packet on the target node's data receive channel and waits for an acknowledgement on the same receive channel. The source node and the target node exchange information on the same channel throughout the interchange, even though the assigned receive channel of the target node according to the frequency-hopping band plan may have changed in the meantime. With this improvement, collisions between the data packet and other acquisition packets directed to that target node are avoided because all other nodes will direct poll packets to the target at the frequency according to the target's band plan, while the target remains at the data exchange frequency.

Performance of the network described in the '768 patent is limited in two respects. One is due to collisions that may arise when two nodes happen to start out at the same home slot. With the identical frequency-hopping pattern shared by all nodes in the network, two nodes that start out at the same home slot frequency will always stay together and remain on the same frequency. In a specific embodiment of the network described in the '768 patent, there were just 205 channels available. In a mesh network with a large number of nodes, having two nodes share the same starting frequency is a not. unlikely occurrence. According to the network protocol, when a collision occurred, the transmitting nodes wait and retransmit at a subsequent frequency hop. If two nodes where hopping on the same band plan, and one node was very busy, an appreciable number of data packets would be lost and would need to be repeatedly transmitted due to repeated collisions.

A second factor limiting performance in the Flammer network is that the fixed frequency hopping sequence did not allow transmitters to skip channels on which the receivers could not receive data. This problem is particularly acute when nodes are located in possibly disparate locations throughout a geographic area. Since these nodes operate in the radio frequency spectrum, they are dependent upon it for the propagation of the data carrying signals between the nodes. At each particular location, the frequency spectra can have a unique level and pattern of spectral occupancy. Optimum network performance would dictate that those channels that cannot support robust communication at the time not be "bothered with"; unusable frequencies should be seemlessly eliminated, newly useable frequencies should be seemlessly integrated into the frequencies carrying data traffic. However, in the network disclosed in the '768 patent, all nodes were required to hop through all the available channels in the network, even if a particular node could not receive data on that channel.

What is needed is a network with a low-cost, reliable mechanism for establishing a unique channel hopping band plan for each node and that allows individualized seamless elimination of inoperable channels from a particular node's band plan.

### SUMMARY OF THE INVENTION

In accordance with the invention, a frequency-hopping packet communication network establishes a unique fre-

**3**

quency hopping band plan for every receiver in the network. A transmitter establishes synchronization with a target node by receiving from that target a seed value useable by a pseudo-random number generator to determine a frequency-hopping band plan for that target node. In a specific embodi- 5 ment, the transmitter also receives a "punchout" mask from the target indicating channels to be deleted from the target's band plan. Each node establishes a link table of receiver frequency hopping band plans of each other node in the network within its communication range and uses that table 10 for subsequent transmissions. It is the responsibility of the transmitting node to follow the pre-established frequency-hopping pattern for an immediate target receiver based on information the node has previously acquired in its link table. The frequency-hopping band plan, involving the num- 15 ber of channels and the pseudo-random pattern of frequency change and nominal timing of changes, is universally known to each node in the network. The details and operation of the invention will be better understood by reference to the following description of specific embodiments in connection 20 with the accompanying drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a flowchart illustrating how a table entry at a 25 transmitter node is established when that transmitter receives a acquisition packet from a node.

FIG. 2 is a diagram illustrating the generation of a randomized channel-hopping band plan according to the invention. 30

### DESCRIPTION OF SPECIFIC EMBODIMENTS

FIG. 1 depicts a flow chart illustrating one step in the establishment of a network connection according to the 35 invention. In one specific embodiment of a network built according to the invention, a node on power up initially has no information about other nodes in the network. The node, when initialized on power-up, knows what channels are available for data transmission on the network, knows the 40 network timing protocol, and has a pseudo-random number generator that it can use to establish its own and other nodes' channel hopping band plans. When initialized, the node is provided with a local frequency punchout mask indicating channels on which it cannot receive or transmit data. 45

Once a node is turned on, in order to become operational in the network it must acquire network links by transmitting acquisition/synchronization packets on various network channels to any nodes that can hear the transmission. FIG. 1 is a flow chart illustrating the steps a responding target 50 node takes in establishing a network link when it receives an acquisition/synchronization packet. A network connection is established when a target node receives an acquisition/ synchronization packet from a source node (Step S1). The acquisition/synchronization packet contains information 55 about the node, including a seed value for randomly ordering a channel list and a frequency punch out mask for eliminating channels from the channel list. The responding target node then constructs a subset of the network channel list by eliminating from the list those frequencies in the punchout 60 mask on which the source node cannot transmit or receive data (Step S2). The responding node then uses the seed value from the source node in the acquisition/synchronization packet as a seed value in a pseudo-random number generator and generates a channel hopping band plan for the source 65 node by ordering the channels according to the sequence from the pseudo-random number generator (Step S3). Once

**4**

the target node has determined the frequency hopping band plan for the source node, it stores that information in its link list (Step S4). The responding node then switches to the source nodes channel according to the band plan and transmits an acknowledgement/acquisition/synchronization packet acknowledging to the source node that it has established a link and giving the source node its own seed value and punchout list so that the source node can determine the target node's band plan (Step S5).

In a specific embodiment, a network according to the invention operates between the frequencies 902–928 Mhz with 162 channels that are 160 Khz wide. Nodes in the network transmit in their acquisition/synchronization packet a seed value that is one byte long, is derived from their node address, and is co-prime with the number of available channels. Nodes also transmit a punchout mask that is 21 bytes (168 bits) long. FIG. 2 illustrates the generation of a particular node's randomized frequency hopping band plan from a network channel list and a punchout mask according to the invention using, as an example, a network channel list **10** of eight 160 Khz channels ranging from 902 to 903.28 Mhz and, as an example, a punchout frequency mask **20** of eight bits. Network channel list **10** is a list in natural order of all the channels frequencies (in this example eight) available to nodes in the network. Frequency mask **20** is a mask received from an acquiring node indicating channels that are to be eliminated from the channel list, with a zero indicating channels to be eliminated and a one indicating channels used by the source node. A target node logically ANDS together channel list **10** with mask **20** to generate channel list **30** and then collapses the channel list by deleting unused channels to generate channel list **40**, which lists the channels used by the target node in natural order. The target node then randomizes these remaining channels using a pseudo-random number generator seeded with the seed value of the source node to generate list **50**, which is the channel hopping band plan for the source node.

A pseudo-random number generator is a well known apparatus for generating a "pseudo-random" sequence of numbers. The random number generator is referred as "pseudo" because the method used to generate the sequence is actually deterministic. It typically depends on a seed value used to begin the pseudo-random number generator and whenever an identical seed value is used, the random number generator will produce an identical pseudo-random sequence. In a network according to the invention, each node in the network includes a pseudo-random number generator of identical operation. The generators are designed to accept a seed value and a range value and generate a pseudo-random non-repeating sequence of integers in the given range. According to the invention, each node, therefore, can reproduce an arbitrary length pseudo-random non-repeating integer sequence given the seed value for that sequence and the desired range.

In the example illustrated in FIG. 2, the pseudo-random number generator is provided the seed value from the source node and is provided a range equal to the number of channels remaining in channel list **40** after punchout; in this example, five. The generator then generates the pseudo-random sequence 1, 5, 2, 4, 3 and this is used to construct table **50**, with the first useable channel having the first position in the table, the fifth useable channel having the second position in the table, and so on.

The source node itself uses the process illustrated in FIG. 2 to construct its own channel hopping band plan from its seed value and punchout mask.

Once the nodes in a network built according to the invention have acquired link information about neighboring

5,515,369

**5**

nodes with which they can communicate, the nodes may communicate packets according to any number of frequency-hopping network protocols, including those disclosed in the Baran patent and the patent application Ser. No. 08/193,338, discussed above. As discussed in those patents, during network operation, transmitters are responsible for following their targets frequency-hopping band plans with the difference that each node in a network according to the invention, will have a different randomized frequency-hopping band plan of a length that will varying for each node based on the number of channels that are punched out by that node's punchout mask. In a further embodiment of the invention, a source node uses its own punchout mask when transmitting to avoid transmitting on channels on which it cannot effectively transmit. If a target node is at such a channel, the source node simply waits until the next channel hop before transmitting to that target node.

Other, less effective methods for exchanging a unique frequency hopping band plan for each node will be apparent. A node could transmit its entire band plan with each acquisition packet, thus eliminating the need for transmitting a seed value or punchout mask. This, however, would be more expensive in terms of use of network resources for overhead than the present invention. Or a node could pass information organized in any number of different ways to indicate the order of its channel hopping and what channels it used. It will be seen, however, that given that each node must include a pseudo-random number generator to generate its own band plan, having nodes exchange just a seed value and 21 byte mask to fully specify a unique randomized subset of 162 channels provides maximum flexibility while using the least amount of network resources.

The invention has now been explained with reference to specific embodiments. Other embodiments will be apparent to those of ordinary skill in the art. It is therefore not intended that this invention be limited except as indicated by the appended claims.

What is claimed is:

1. In a communications network having a plurality of channel-agile nodes each node capable of transmitting and receiving data over a plurality of shared channels, said shared channels having a first order, a method for enabling a first node and a second node to follow a shared randomized channel-hopping band plan for transmissions to said first node while avoiding channels containing interference, comprising the steps of:

a) assigning to each node a unique seed value that can be used by a pseudo-random number generator to generate a list of channels in pseudo-random order;

b) determining a channel punchout mask for each node, said channel mask indicating in said first order those channels on which that node experiences interference;

c) at said first node, applying said first node's channel mask to a first ordered channel list to eliminate channels on which said first node experiences interference thereby deriving a masked channel list for said first node;

d) at said first node, determining a channel-hopping band plan for receiving transmissions to said first node by ordering the channels in said first node's channel list according to a sequence generated by a pseudo-random number generator seeded with said first node's seed value;

e) transmitting from said first node to said second node an acquisition packet, said acquisition packet including said first node's seed value and said first node's channel mask;

**6**

f) at said second node, applying said transmitted channel mask from said first node to said first ordered channel list to eliminate channels on which said first node experiences interference to obtain a masked channel list for said first node at said second node;

g) at said second node, determining a channel-hopping band plan for transmissions to said first node by ordering the channels in said first node's channel list according to a sequence generated by a pseudo-random number generator seeded with said first node's transmitted seed value; and

h) thereafter transmitting data to said first node from said second node according to said first node's channel-hopping band plan.

2. The method according to claim 1 wherein said seed values are derived from the addresses of the nodes.

3. The method according to claim 1 wherein said mask is a sequence of bits, each bit having a value of either 0 or 1, where bits of one value correspond to channels in the channel list that are used by the node and bits of the other value correspond to channels in the channel list that are not used by the node and are therefore to be eliminated from the node's channel-hopping band plan.

4. The method according to claim 1 further comprising:

i) storing at each node data from which to determine the masked channel hopping band plan of other nodes in the network to facilitate future data transfers.

5. In a node operable on a communications network having a plurality of shared-medium channels and having a plurality of channel-agile nodes each node capable of transmitting and receiving data over a plurality of said channels, a method for establishing a unique channel-hopping band plan for that node and communicating that band plan to other nodes in the network comprising the steps of:

a) assigning to that node a unique seed value;

b) determining a channel punchout mask, said mask indicating those channels on which the node experiences interference or is otherwise unable to receive data;

c) applying said mask to a list of network channels to eliminate undesirable channels and therefore to obtain a list of available node channels;

d) randomizing said list of available node channels by using a deterministic pseudorandom number generator seeded with said seed value thereby obtaining a unique channel-hopping band plan; and

e) communicating said unique channel-hopping band plan to other nodes in the network by transmitting data from which said other nodes may derive said unique channel-hopping band plan.

6. The method according to claim 5 wherein said seed value is derived from an address of the node.

7. The method according to claim 5 wherein said mask is a sequence of bits, each bit having a value of either 0 or 1, where bits of one value correspond to channels in the channel list that are used by the node and bits of the other value correspond to channels in the channel list that are not used by the node and are therefore to be eliminated from the node's channel-hopping band plan.

8. A communications network comprising:

a shared medium with a plurality of channels; and

a plurality of intelligent channel-agile nodes wherein each node has the ability of either transmitting on a plurality of channels of said shared medium or receiving on a plurality of channels of said shared medium or both

5,515,369

**7**

transmitting and receiving on a plurality of channels of said shared medium;

wherein each of said nodes capable of receiving is assigned a seed value and determines a frequency punchout mask for itself from which any node is capable of deriving a unique channel hopping band plan for that node and wherein said band plan is comprised of a random ordering of those network channels on which the node can receive data and wherein the band plans of different nodes in the same communications network are allowed to contain a different number of channels.

**8**

9. The method according to claim 5 wherein said data from which said other nodes may derive said unique channel-hopping band plan comprises said unique seed value and said mask.

10. The method according to claim 5 wherein said data from which said other nodes may derive said unique channel-hopping band plan comprises an ordered list identifying said channel-hopping band plan.

\* \* \* \* \*

US006549759B2

(12) **United States Patent**
Arviv et al.

(10) Patent No.: **US 6,549,759 B2**
(45) **Date of Patent:** **Apr. 15, 2003**

(54) **ASYMMETRIC ADAPTIVE MODULATION IN A WIRELESS COMMUNICATION SYSTEM**

(75) Inventors: **Eli Arviv**, Modiein (IL); **Brian Spinar**, San Diego, CA (US); **Kenneth L. Stanwood**, Cardiff by the Sea, CA (US); **David Gazelle**, San Diego, CA (US); **Ofer Zimmerman**, Modiin Israel (IL); **Penny Efraim**, Moshav Nevatim (IL)

(73) Assignee: **Ensemble Communications, Inc.**, San Diego, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/938,216**

(22) Filed: **Aug. 24, 2001**

(65) **Prior Publication Data**

US 2003/0045307 A1 Mar. 6, 2003

(Under 37 CFR 1.47)

(51) Int. Cl.$^7$ ............................. **H04B 1/00**; H04B 7/00; H04L 1/38

(52) U.S. Cl. ......................... **455/69**; 455/552; 455/553; 375/222; 370/347

(58) Field of Search ........................... 455/69, 552, 553, 455/102; 375/222, 334, 224, 285, 227, 302; 370/347, 349

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,949,404 A | 4/1976 | Fletcher et al. | |
| 4,495,619 A | 1/1985 | Acampora | |
| 5,130,983 A | 7/1992 | Heffner, III | |
| 5,297,144 A | 3/1994 | Gilbert et al. | |
| 5,420,851 A | 5/1995 | Seshadri et al. | |
| 5,444,698 A | 8/1995 | Kito | |
| 5,511,082 A | 4/1996 | Ilow et al. | |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 507 384 A2 | 10/1992 |
| EP | 0 720 405 A2 | 7/1996 |
| EP | 0 891 060 A2 | 1/1998 |
| EP | 0 845 916 A2 | 6/1998 |
| WO | WO 92/22162 | 12/1992 |
| WO | WO 99/38343 | 7/1999 |
| WO | WO 99/39532 | 8/1999 |
| WO | WO 00/01188 | 1/2000 |

OTHER PUBLICATIONS

Lin., et al., "*Error Control Coding, Fundamentals and Applications*", Prentice–Hall Computer Applications in Electrical Engineering Series, 1993, pp. 315–349.

L.H. Charles Lee, "Convolutional Coding, Fundamentals and Applications", Artech House, Inc., 1997, pp. 11–51.

Redl, et al., "An Introduction to GSM", Artech House, Inc., 1995, pp. 84, 85, and 95.

C.E. Shannon, "A Mathematical Theory of Communication", Bell System Technical Journal, pp. 379–423 (Part 1), 623–656 (Part II), Jul. 1948.

(List continued on next page.)

*Primary Examiner*—Vivian Chin
*Assistant Examiner*—Kamran Afshar
(74) *Attorney, Agent, or Firm*—Knobbe Martens Olson & Bear, LLP

(57) **ABSTRACT**

On embodiment of the system and method provides asymmetric adaptive modulation which allows uplink and downlink subframes of data to be transmitted between a base station and a CPE with different modulation schemes, thus increasing the efficiency of downlink transmissions while maintaining the stability of uplink transmissions. In systems with multiple CPEs, each CPE and base station pair can independently select their uplink and downlink modulation techniques. The system and method are also adaptive in that they adjust the modulation schemes based on, for example, signal to noise ratio measurements or bit error rate measurements.

**27 Claims, 8 Drawing Sheets**



### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,517,503 | A | 5/1996 | Hess |
| 5,615,212 | A | 3/1997 | Ruszczyk et al. |
| 5,638,371 | A | * 6/1997 | Raychaudhuri et al. .. 370/310.2 |
| 5,638,374 | A | 6/1997 | Heath |
| 5,663,990 | A | 9/1997 | Bolgiano et al. |
| 5,675,573 | A | 10/1997 | Karol et al. |
| 5,751,708 | A | 5/1998 | Eng et al. |
| 5,768,254 | A | 6/1998 | Papadopoulos et al. |
| 5,828,695 | A | 10/1998 | Webb |
| 5,859,619 | A | 1/1999 | Wu et al. |
| 5,890,055 | A | 3/1999 | Chu et al. |
| 5,909,469 | A | * 6/1999 | Frodigh et al. ............. 375/302 |
| 6,006,069 | A | 12/1999 | Langston |
| 6,016,311 | A | 1/2000 | Gilbert et al. |
| 6,016,313 | A | 1/2000 | Foster, Jr. et al. |
| 6,038,455 | A | 3/2000 | Gardner et al. |
| 6,049,566 | A | 4/2000 | Saunders et al. |
| 6,094,421 | A | 7/2000 | Scott |
| 6,112,080 | A | 8/2000 | Anderson et al. |
| 6,170,061 | B1 | 1/2001 | Beser |
| 6,363,241 | B1 | 3/2002 | Barakat et al. |
| 6,434,189 | B1 | * 8/2002 | Murphy ...................... 375/222 |
| 6,470,005 | B1 | * 8/2002 | Knutson et al. ............ 360/347 |

### OTHER PUBLICATIONS

Ulm., et al., "Data–Over–Cable Interface Specifications, Radio Frequency Interface Specification", Hewlett Packard Interim Specification, Doc. Control No.: SP–RFII01–970321, published Mar. 21, 1997 by MCNS Holdings, L.P., Section 6, pp. 43–85.

Wolf et al., "On the Weight Distribution of Linear Block Codes Formed From Convolutional Codes", IEEE, IEEE Transactions on Communications, vol. 44:9, Sep. 1996.

"Asynchronous Transfer Mode (ATM) Technical Overview", 2nd Edition, Prentice–Hall, Oct. 1995, Chapter 3, pp. 21–25.

Sampei, S. et al., Adaptive Modulation/TDMA Scheme for Personal Mulit–Media Communication Systems, (Nov. 28, 1994) Telecommunications Conference (Globecom), IEEE, pp. 989–993.

Ue, Toyoki et al., Symbol Rate and Modulation Level Controlled Adaptive Modulation/TDMA/TDD for Personal Communication Systems, (Jul. 25, 1995) Proceedings of the Vehicular Technology Conference, IEEE, vol Conf. 45 pp 306–310.

* cited by examiner

Case5:10-cv-02337-LHK   Document1   Filed05/27/10   Page16 of 32



Figure 1

Case5:10-cv-02337-LHK Document1 Filed05/27/10 Page17 of 32



Figure 2

Case5:10-cv-02337-LHK Document1 Filed05/27/10 Page18 of 32



FIGURE 3



**FIGURE 4**



**FIGURE 5**

Case5:10-cv-02337-LHK   Document1   Filed05/27/10   Page21 of 32

**TIME FRAME A**



**FIGURE 6A**

**TIME FRAME B**



**FIGURE 6B**

Case5:10-cv-02337-LHK   Document1   Filed05/27/10   Page22 of 32



**FIGURE 7**



**FIGURE 8**

US 6,549,759 B2

1

## ASYMMETRIC ADAPTIVE MODULATION IN A WIRELESS COMMUNICATION SYSTEM

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to wireless communication systems and to a system and method for implementing asymmetric modulation in such systems.

2. Description of the Related Art

A wireless communication system facilitates two-way communication between a plurality of subscriber radio stations or subscriber units (fixed and portable) and a fixed network infrastructure. Exemplary communication systems include mobile cellular telephone systems, personal communication systems ("PCS"), and cordless telephones. The key objective of these wireless communication systems is to provide communication channels on demand between the plurality of subscriber units and their respective base stations in order to connect a subscriber unit user with the fixed network infrastructure (usually a wire-line system). In the wireless systems having multiple access schemes, a time "frame" is used as the basic information transmission unit. Each frame is sub-divided into a plurality of time slots. Some time slots are allocated for control purposes and some for information transfer. Subscriber units typically communicate with their respective base station using a "duplexing" scheme thus allowing for the exchange of information in both directions of the connection.

Transmissions from the base station to the subscriber units are commonly referred to as "downlink" transmissions. Transmissions from the subscriber units to the base station are commonly referred to as "uplink" transmissions. Depending upon the design criteria of a given system, the prior art wireless communication systems have typically used either time division duplexing ("TDD") or frequency division duplexing ("FDD") methods to facilitate the exchange of information between the base station and the subscriber units.

Recently, wideband or "broadband" wireless communications networks have been proposed for delivery of enhanced broadband services such as voice, data and video. These broadband networks facilitate two-way communication between a base station and a plurality of fixed subscriber units.

Often in such broadband communication systems, multiple schemes are available for modulating and demodulating the transmitted signal. The obvious choice for the modulation scheme is the one that allows the highest transfer bit rate between the base station and subscriber units. However, limitations imposed by the communication system's design as well as variations in geographic and atmospheric conditions impede use of such high-bandwidth modulation schemes. Furthermore, these variables impact transmissions from the base station to the subscriber unit and from the subscriber unit to the base station differently. Consequently, while it is advantageous for such broadband systems to continuously utilize high-bandwidth modulation schemes, in practice, they often do not.

Thus, there is a need for a system and method which can be implemented in a broadband communication system to optimize the transmission of voice, data and video when multiple modulation schemes are available. Such a system should be flexible so as to account for variations between

2

both the uplink and the downlink in a two-way communication connection between each base station and subscriber unit pair. Moreover, a system that adaptively adjusts the modulation scheme for each individual uplink and downlink according to these variations over time would also be desirable.

### SUMMARY OF THE INVENTION

One aspect is a wireless communication system for determining a plurality of uplink modulation schemes and a plurality of downlink modulation schemes for use in a wireless communication system including a base station and a plurality of customer premises equipment (CPE), where each of the plurality of uplink and downlink modulation schemes used by each of the plurality of CPE can be asymmetric, such that the uplink modulation scheme may be different than the downlink modulation scheme. The system comprises a plurality of CPE, each including a first modem configured to measure a first link quality based on received downlink data. The system further includes a base station having a second modem configured to measure a second link quality for each of the plurality of CPE based on received uplink data, a first processor configured to receive the first link quality and determine a downlink modulation scheme for each of the plurality of CPE, and a second processor configured to receive the second link quality and determine an uplink modulation scheme for each of the plurality of CPE.

Another aspect is a method for determining a plurality of uplink modulation schemes and a plurality of downlink modulation schemes for use in a wireless communication system which communicates with frames of data and includes a base station and a plurality of customer premises equipment (CPE), wherein each of the plurality of uplink and downlink modulation schemes used by each of the plurality of CPE can be asymmetric, such that the uplink modulation scheme may be different than the downlink modulation scheme. The method comprises determining an uplink quality for a first frame of data transmitted by a CPE and received by a base station, comparing the determined first uplink quality to a plurality of modulation threshold values. If the first uplink quality has crossed one of the plurality of modulation thresholds, a second uplink modulation scheme is selected for the CPE. The method further includes receiving a request for the second uplink modulation scheme at the CPE, determining a downlink quality for a second frame of data transmitted by the base station and subsequently received by the CPE, and comparing the determined first downlink quality to a second plurality of modulation threshold values. If the first downlink quality has crossed one of the plurality of modulation thresholds, a second downlink modulation scheme is selected for the CPE. The method further includes receiving a request for the second downlink modulation scheme at the base station, transmitting a third frame of data by the base station to the CPE using the second downlink modulation scheme, and transmitting a fourth frame of data by the CPE to the base station using the second uplink modulation scheme.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a simplified block diagram of a wireless communication system.

FIG. 2 is a block diagram of a Time Division Duplex ("TDD") modem.

FIG. 3 is an illustration of the structure of a TDD frame.

FIG. 4 is a graph of multiple modulation techniques, M1–M4, and their respective upper and lower modulation thresholds.

3

FIG. **5** is a graph showing modulation techniques QAM-256, QAM-64, QAM-16, and QPSK with upper and lower signal to noise ratios ("SNR") thresholds.

FIGS. **6***a* and **6***b* illustrate asymmetric adaptive modulation being performed by the base station and CPEs from FIG. 1.

FIG. **7** is a flowchart illustrating the base station performing the process of adaptively adjusting the downlink modulation scheme.

FIG. **8** is a flowchart illustrating the CPE performing the process of adaptively adjusting the uplink modulation scheme.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Embodiments of the invention will now be described with reference to the accompanying Figures, wherein like numerals refer to like elements throughout. The terminology used in the description presented herein is not intended to be interpreted in any limited or restrictive manner, simply because it is being utilized in conjunction with a detailed description of certain specific embodiments. Furthermore, embodiments may include several novel features, no single one of which is solely responsible for its desirable attributes or which is essential to practicing the embodiments herein described.

FIG. **1** is a block diagram of an exemplary wireless communication system **100**. One exemplary broadband wireless communication system is described in U.S. Pat. No. 6,016,311, by Gilbert et al., issued Jan. 18, 2000, entitled "Adaptive Time Division Duplexing Method and Apparatus for Dynamic Bandwidth Allocation within a Wireless Communication System," hereby incorporated by reference. The system **100** includes a base station **102** and at least one customer premise equipment ("CPE") **104**(*a*)–(*c*) receiving and transmitting data along wireless communication links **110**(*a*)–(*c*), **112**(*a*)–(*c*). CPE **104**(*a*)–(*c*) are shown as examples which can include additional CPEs. FIG. **1** illustrates a system where three CPEs **104**(*a*), **104**(*b*), **104**(*c*) are receiving and transmitting data with the base station **102** along communication link pairs **110**(*a*) and **112**(*a*), **110**(*b*) and **112**(*b*), **110**(*c*) and **112**(*c*).

The communication links **110**(*a*), **110**(*b*), **110**(*c*) are referred to as downlinks (i.e., from the base station **102** to the CPE's **104**) and can operate on a point (base station)-to-multi-point (CPE's) basis. Transmissions to and from the base station **102** are directional in nature, and thus are limited to a particular transmission sector **106** of the base station **102**. Within a given sector **106**, CPEs **104**(*a*), **104**(*b*), **104**(*c*) receive the same transmission along their respective downlinks **110**(*a*), **110**(*b*), **110**(*c*). To distinguish between data intended for a specific CPE, the CPEs monitor control information in their respective downlink **110**(*a*), **110**(*b*), **110**(*c*) and typically retain only the data intended for them. In embodiments that have multiple sectors, the base station **102** includes a sectored active antenna array (not shown) which is capable of simultaneously transmitting to multiple sectors. In one embodiment of the system **100**, the active antenna array transmits to four independent sectors simultaneously.

The communication links **112**(*a*), **112**(*b*), **112**(*c*) are referred to as an uplink (i.e., from the CPEs **104** to the base station **102** and operate on a point-to-point basis. Thus, in FIG. 1, each CPE **104**(*a*), **104**(*b*), **104**(*c*) originates its own uplink **112**(*a*), **112**(*b*), **112**(*c*). Communication with the base station **102** is bidirectional and multiplexed on the basis of

4

Time Division Duplexing (TDD). For a TDD transmission from, for example, CPE **104**(*a*), CPE **104**(*a*) would send its data along communication link **112**(*c*) to the base station **102** during a preassigned time slot in a transmission frame. The specific frame structures of the uplink and downlink will be discussed further below.

In a Frequency Division Duplexing (FDD) system, duplexing of transmissions between the base station and the CPEs is performed in the frequency domain. Different sets of frequencies are allocated for uplink and downlink transmissions. In one embodiment, the system described herein is used in such an FDD system.

Each CPE is further coupled to a plurality of end users that may include both residential and business customers. Consequently, the end users have different and varying usage and bandwidth requirement needs. Each CPE **104**(*a*)–(*c*) may service several hundred or more end users, but at least one end user will be assigned to transmit and receive data through each CPE **104**.

The data transmitted along the communication links **110**, **112** is in analog form, and thus a modem **108** is used to modulate the digital data prior to transmission. FIG. 1 illustrates the modem **108** being located at the base station **102**, however, a similar or identical modem **108** may be used at the other end of the downlinks **110**(*a*), **110**(*b*), **110**(*c*) to demodulate the received analog data. Thus, the modems **108** in the base station and each CPE are used for uplinking data from the CPEs to the base station and for downlinking data from the base station to the CPEs.

Still referring to FIG. 1, the broadband wireless communication system **100** provides "bandwidth-on-demand" to the CPEs. The CPEs request bandwidth allocations from their respective base station **102** based upon the type and quality of service ("QoS") requested by the end users served by each CPE. Each of the end users potentially uses a different broadband service having different bandwidth and latency requirements. To this end, the type and QoS available to the end users are variable and selectable. The amount of bandwidth dedicated to a given service can be determined by the information rate and the QoS required by that service (and also taking into account bandwidth availability and other system parameters). For example, T1-type continuous data services typically require a great deal of bandwidth having well controlled delivery latency. Until terminated, these services require constant bandwidth allocation for each frame. In contrast, certain types of data services such as Internet protocol data services ("TCP/IP") are bursty, often idle (which at any one instant may require zero bandwidth), and are relatively insensitive to delay variations when active.

In one embodiment, the communication system modulates transmitted data according to the common capabilities of the CPEs **104** and the base station **102**. The most robust modulation scheme is used as the modulation scheme for all data transmitted to and received from the base station **102**. If such a system was applied to FIG. 1, a single modulation scheme would be selected for the communication links **110**(*a*), **110**(*b*), **110**(*c*), **112**(*a*), **112**(*b*), **112**(*c*). Often, the most robust modulation is the most stable, but the transmitted data is the least dense. For example, if CPEs **104**(*a*), **104**(*b*) are capable of receiving quadrature amplitude modulation-64 ("QAM-64") data, but CPE **104**(*c*) is only capable of receiving quadrature phase shift keying ("QPSK") modulated data, both uplinks **112**(*a*), **112**(*b*), **112**(*c*) and downlinks **110**(*a*), **110**(*b*), **110**(*c*) would be transmitted using QPSK modulation. This creates an inef-

US 6,549,759 B2

5

ficient use of bandwidth whenever QPSK modulated data is transmitted to a QAM-64 capable CPE or base station.

In another embodiment, modulation schemes are selected for each CPE $104(a)$, $104(b)$, $104(c)$ and base station $102$ pair. Transmission quality varies for each CPE as a function of the characteristics of the pathway (i.e. geographic, atmospheric . . . ) between the CPE and the base station. Thus, the selected modulation schemes may be different for the CPEs depending on the capabilities and transmission quality of each CPE $104(a)$, $104(b)$, $104(c)$ and base station $102$ pair. Continuing with the previous example, since CPEs $104(a)$, $104(b)$ are capable of receiving QAM-64 data coupled with adequate transmission quality between CPEs $104(a)$, $104(b)$ and the base station $102$, all data transmitted between these CPEs and the base station will be modulated using QAM-64. In the same system CPE $104(c)$, which is only capable of receiving QPSK data, will only transmit and receive QPSK data. By using different or variable modulation schemes for different CPEs associated with a single base station, the communication system $100$ as a whole increases its bandwidth utilization.

The transmission quality between the base station $102$ and specific CPEs $104$ may not only vary between each CPE and base station pair as described above, but may also vary over time. For example, in FIG. 1, the transmission quality may significantly decrease during a rain or snowstorm. When the link quality is decreased, there is an increased chance that transmitted data along communication links $110(a)$, $110(b)$, $110(c)$, $112(a)$, $112(b)$, $112(c)$ may be unrecognizable or lost to the receiving base station or CPE. To accommodate these time variations in link quality, one embodiment of the communication system $100$ dynamically adjusts or "adapts" the modulation scheme for each base station $102$ and CPE $104$ pair. In such an adaptive system, the bandwidth utilization of the communication system $100$ further increases.

An additional embodiment of the communication system $100$ selects different modulation schemes for the uplink and downlink between each base station and CPE pair. Rather than selecting the same modulation scheme for the uplink and downlink associate with a CPE, the communication system selects the uplink and downlink modulations independently. Such a communication system is said to operate asymmetrically. In still another embodiment, the communication system $100$ combines the features described above to provide an asymmetric and adaptive communication system $100$.

In many of the embodiments described above, a determination as to the quality of the each communication link is used to select a modulation scheme. This determination can be made once for each communication link $110(a)$, $110(b)$, $110(c)$, $112(a)$, $112(b)$, $112(c)$ or can be made dynamically in an adaptive communication system. In one of these embodiments, a Signal to Noise Ratio ("SNR") of a received signal (either by the base station $102$ or CPE $104$) is used in determining the modulation scheme that the communication system should employ. SNR is a measure of signal strength relative to background noise. The ratio is usually measured in decibels (dB), such that if the incoming signal strength in microvolts is $V_s$, and the noise level, also in microvolts, is $V_n$, then the SNR in decibels is given by the formula

$$SNR = 20\log_{10}(V_s/V_n)$$

If $V_s = V_n$, then SNR=0. In this situation, the analog signal borders on unreadable, because the noise level severely competes with it. In digital communications, this will likely cause a reduction in data speed because of frequent errors

6

that require the transmitting base station or CPE to re-send some lost data. Ideally, $V_s$ is much greater than $V_n$, so SNR is positive. For example, suppose that $V_s = 10.0$ microvolts and $V_n = 1.0$ microvolt. Then

$$SNR = 20\log_{10}(10) = 20.0 \text{ dB}$$

which results in a very clear signal. If the signal is much weaker but still above the noise level, for example, 1.3 microvolts, then

$$SNR = 20\log_{10}(1.3) = 2.28 \text{ dB}$$

which may result in a reduction in data speed under these conditions.

During each frame, base station $102$ receives transmissions from each of the CPEs $104(a)$, $104(b)$, $104(c)$ in turn. This requires the base station to synchronize with each sequential CPE "on the fly." In contrast, each CPE synchronizes with each downlink frame at the beginning of the frame. Once synchronized, the CPE maintains its connection until the specific data intended for it is received. As such, the synchronization activity required of the base station is a multiple of each individual CPE's synchronization activity. Thus, the base station may have difficulty in receiving data from multiple CPEs that use a more dense modulation scheme.

FIG. 2 is a block diagram of a Time Division Duplex ("TDD") modem $108$ used to modulate/demodulate data in the wireless communication systems $100$ described above. Modems $108$ are used by the base station $102$ and CPEs $104$ to modulate and demodulate data. For ease of description, the modem $108$ will now be described with reference to the base station $102$. One embodiment of the modem $108$ includes a receiver module $202$, a transmitter module $204$, a signal to noise ratio ("SNR") module $206$, and a bit error rate ("BER") module $208$. In another embodiment, the modem $108$ further includes a processor $210$. In operation, the transmitter module $204$ converts digital data to an appropriately modulated analog signal communicated as a downlink $110$, using for example, quadrature amplitude modulation ("QAM") or quadrature phase shift keying ("QPSK") modulation. The analog signal may also be up converted to a carrier frequency prior to transmission. The receiver module $202$ demodulates an uplink $112(a)$, $112(b)$, $112(c)$ and converts it back to its original digital form.

The transmitter module $204$ controls the data modulation scheme(s) for the modem $108$. The transmitter module $204$ interfaces with the SNR module $206$ and the BER module $208$ in selecting the modulation scheme used to transmit the data. The SNR module $206$ can be a transceiver (not shown) configured to measure the signal to noise ratio of the received signal. Alternatively, the SNR module $206$ can be a power detector (not shown) configured to measure the signal to noise ratio of the received signal. The SNR can be calculated from the bit error rate determined by the BER module $208$.

The processor $210$ is configured to monitor signal quality of the received signal. An example metric used by the processor to monitoring signal quality is a SNR. Signal quality is measured over a period of time, and, in response to changes in the signal quality, the processor $210$ determines if the modulation should be changed. This helps avoid cyclic changes in the modulation scheme due to transient changes in the communication link's quality. In one embodiment, only the modem $108$ at the base station $102$ includes the processor $210$. In this embodiment, each CPE measures its own signal quality and transmits its value

**7**

within its uplink 112 to the base station 102. The processor 210 is then able to monitor the signal quality of the CPEs to determine if the downlink 110 modulation schemes should be changed. In one embodiment, the processor 210 in the base station 102 monitors its own signal quality to determine if the uplink 112 modulation should be changed.

The term "module," as used herein, means, but is not limited to, a software or hardware component, such as a FPGA or ASIC, which performs certain tasks. A module may advantageously be configured to reside on the addressable storage medium and configured to execute on one or more processors. Thus, a module may include, by way of example, components, such as software components, object-oriented software components, class components and task components, processes, functions, attributes, procedures, subroutines, segments of program code, drivers, firmware, microcode, circuitry, data, databases, data structures, tables, arrays, and variables. The functionality provided for in the components and modules may be combined into fewer components and modules or further separated into additional components and modules. Additionally, the components and modules may advantageously be implemented to execute on one or more computers within the communication system.

FIG. 3 represents a time division duplexing ("TDD") frame and multi-frame structure for use in communication system 100. Frame 300 includes a downlink subframe 302 and an uplink subframe 304. The downlink subframe 302 is used by the base station 102 to transmit information to the plurlaity of CPEs 104(a)–(c). In any given downlink subframe 302, all, some, or none of the transmitted information is intended for a specific CPE 104. The base station 102 may transmit the downlink subframe 302 prior to receiving the uplink subframe 304. The uplink subframe 304 is used by the CPEs 104(a)–(c) to transmit information to the base station 102.

Subframes 302, 304 are subdivided into a plurality of physical layer slots (PS) 306. Each PS 306 correlates with a duration of time. In the embodiment shown in FIG. 3, each subframe 302, 304 is one-half millisecond in duration and includes 400 PS for a total of 800 PS per frame 300. Alternatively, subframes having longer or shorter durations and with more or fewer PSs can be used.

Each downlink subframe 302 comprises a frame control header 308 and downlink data 310. The frame control header 308 includes information for the CPEs to synchronize with the base station 102. In one embodiment, the frame control header 308 includes control information indicating where modulation changes occur in the downlink. The frame control header 308 can also include a map of the subsequent uplink subframe 304 that is to be transmitted by the CPEs 104. This map allocates the PSs 306 in the uplink subframe 304 between the different CPEs. The frame control header 308 can further include a map of attributes of the downlink data 310. For example, attributes may include, but are not limited to, the locations of the PSs 306 in the subframe 302 that are intended for each individual CPE.

The downlink data 310 is transmitted in a pre-defined modulation or a sequence of modulation techniques M1, M2, M3. Individual or groups of PSs 306 in the downlink subframe 302 are assigned to data intended for specific CPEs 104. For example, the base station 102 could assign PSs in one, some, or all of the modulation techniques M1, M2, M3 for transmitting data to CPE 104(a). In FIG. 3, the data is divided into three modulations types, where QPSK (312(a)) is the most robust modulation (i.e. least prone to transmission errors caused by signal interference) and while QAM-64 (312(c)) is the least robust (i.e. most prone to

**8**

transmission errors caused by signal interference). In between these modulation schemes is QAM-32 (312(b)). In one embodiment, a sequence such as: QAM-4, followed by QAM-16, followed by QAM-64 is used. In other embodiments, additional modulation schemes, such as QAM-256, are used. Each CPE 104 monitors the downlink data 310 and retains only those messages intended for them. As mentioned above, in one embodiment, attributes in the frame control header 308 provide this information to the CPEs.

Still referring to FIG. 3, the uplink subframe 304 comprises uplink data 314(a)–(n). The uplink subframe 304 is used by the CPEs 104(a)–(c) to transmit information to the base station 102. The subframe 304 is subdivided into a plurality of PSs 306. Each CPE 104(a)–(c) transmits its information during its allocated PS 306 or range of PSs 306. In one embodiment, the PSs 306 allocated for each CPE are grouped into a contiguous block of a plurality of data blocks 314(a)–(n). In this embodiment, the CPEs use data blocks 314(a)–(n) to transmit the uplink subframe 304. The range of PSs 306 allocated to each block in the plurality of data blocks 314(a)–(n) is selected by the base station 102.

The data transmitted in each data block 314(a)–(n) is modulated by the transmitting CPE. For example, CPE 104(a) modulates data block 314(a). During its data block, the CPE transmits with a fixed modulation that is selected by the base station 102 based on the SNR and/or BER of its prior transmission(s) to the base station 102. In an alternate embodiment, a sequence of modulation techniques is used in each data block 314(a)–(n). In still another embodiment, the data blocks 314(a)–(n) are grouped by modulation scheme. As mentioned above, one embodiment of the uplink subframe 304 includes SNR and/or BER measurements transmitted by the CPEs for the base station to use in determining if the modulation of the downlink subframe 302 should be changed.

Each CPE 104 receives all downlink transmissions that are modulated using its current modulation scheme or are modulated using a more robust modulation scheme than its current modulation scheme. The frame control header 308 is typically modulated using the most robust modulation scheme to ensure that all CPEs 104(a)–(c) may receive it. Because each CPE receives the frame control header, each CPE 104 is initially synchronized with the downlink subframe 302 at the beginning of the frame 300. The downlink subframe is sorted by robustness, which allows each CPE to maintain synchronization during the subsequent portion of the downlink that could include data for that CPE. Data that is modulated using a less robust modulation scheme than a CPE's current modulation scheme is not listened to by that CPE. Thus, once synchronized, each CPE maintains its connection throughout the portion of the downlink subframe 302 that was modulated using a modulation scheme that is at least as robust as that CPE's current scheme. Since the CPEs are initially synchronized with the downlink subframe, when the data addressed to each specific CPE 104 is transmitted the respective CPEs 104 do not need additional time to synchronize.

In contrast, the base station 102 receives data from the CPEs 104 during subframe 304 which requires the base station 102 to synchronize with each individual CPE 104. Synchronization with each CPE 104 may take a variable amount of PSs 306 to achieve. Thus, the synchronize time needed for the base station 102 to synchronize with multiple CPEs 104(a)–(c) is a multiple of each individual CPE's synchronization activity during the downlink subframe 302. As such, the base station 102 may not be capable of

US 6,549,759 B2

**9**

receiving data at the same modulations as individual CPE's **104**. In some embodiments the base station **102** may be able to receive uplink data at a higher modulation than CPEs **104** can receive downlink data.

FIG. **4** illustrates a graph of four modulation schemes and their respective upper and lower modulation thresholds. Specifically, four modulation schemes (M1–M4, where M1 is the most robust and M4 is the least robust), and six modulation thresholds (L1–L6, where L1 indicates the lowest link quality and L6 indicates the highest link quality) are shown. Lines **414** separate the modulation schemes of FIG. **4** and are based on a defined relationship between link quality and modulation schemes. In one embodiment, the thresholds L1–L6 are identical for the uplink and downlink, such that modulation transition points are the same for both the uplink and the downlink. The thresholds are based on measurements of the quality of a communication link between a transmitting base station **102** or CPE **104**(*a*)–(*c*) and a receiving CPE or base station. Quality measurements are made for the uplinks **112**(*a*)(*c*) and downlinks **110**(*a*)–(*c*) in FIG. 1. In one embodiment, the link quality is based on a SNR or BER measurement for the uplink or downlink. Alternatively, link quality is determined by measuring the carrier to noise ration (C/N) or the carrier to noise plus interference ratio (C/(N+I)). For ease of description, the following assumes the modulation thresholds for the uplink and downlink are the same. The following description would then apply to both the uplink and downlink. However, in alternate embodiments, the modulation thresholds for the uplink and downlink are different. For example, the upper and lower thresholds for the uplink **112** may be shifted by a fixed amount from the corresponding upper and lower thresholds for the downlink **110**.

Still referring to FIG. **4**, modulation schemes M2 and M3 each have a pair of modulation thresholds associated thereto. Modulation schemes M1 and M4 each have a single threshold associated thereto since they are the minimum and maximum modulation schemes available in the embodiment of FIG. **4**. The modulation thresholds include upper thresholds **410** and lower thresholds **412**. In one embodiment, as the downlink/uplink quality exceeds the upper threshold **410**, the modulation scheme is increased. This is accomplished by selecting a denser and less robust modulation scheme. Conversely, as the lower threshold **412** is crossed, the modulation scheme is decreased. For example, thresholds L1 and L4 are the thresholds for modulation scheme M2. If the downlink/uplink quality using M2 falls below L1, the receiving base station/CPE will initiate changing the modulation technique to M1. Alternatively, if the downlink/uplink quality using M2 rises above L4, the receiving base station/CPE will initiate changing the modulation technique to a higher type, for example, M3. Continuing with this example, if the modulation is changed to M3 because the downlink/uplink quality exceeded L4 and then the downlink/uplink quality decreases below L4, M3 will continue to be used until L3 (the M3 lower threshold) is crossed. In other words, in order for a modulation scheme to decrease, the link quality must decrease not just to line **414**, but to the lower threshold **410** immediately below line **414**. Likewise, in order for a modulation scheme to increase, the link quality must not only exceed line **414**, but also must exceed the upper threshold **410** immediately above line **414**. By spacing the upper and lower thresholds in this manner, the likelihood of rapid changes occurring between modulation schemes is decreased.

FIG. **5** is one embodiment where modulation techniques QAM-256, QAM-64, QAM-16, and QPSK are selected

**10**

along with their respective upper and lower modulation thresholds for measurements of signal to noise ratios ("SNR"). The modulation thresholds for QAM-64 transmissions are QAM-64 upper threshold **410**(*c*) and QAM-64 lower threshold **412**(*b*). For example, if a base station **102** is currently downlinking data to a specific CPE **104**(*a*) using QAM-64 modulation, the modulation scheme will change when the downlink **110**(*a*) quality goes above upper threshold **410**(*c*), for example, at 38 dB. Likewise, when the downlink **110**(*a*) quality goes below lower threshold **412**(*b*), for example, at 12 dB. Furthermore, the modulation scheme will not be changed when link quality crosses either QAM-**256** lower threshold **412**(*c*) or QAM-16 upper threshold **410**(*b*) because they are not current modulation thresholds for QAM-64. This limits rapid changes between adjacent modulation schemes caused by small fluctuations in downlink quality around an upper or lower threshold.

FIGS. **6***a* and **6***b* illustrate asymmetric adaptive modulation being performed by the base station and CPEs from FIG. 1 during two different time frames, time frame A **600** and time frame B **602**. FIGS. **6***a* and **6***b* illustrate how the uplink and downlink modulations used by a base station **102** and the specific CPEs **104** are asymmetrically adaptive. In one embodiment, time frame B **602** directly follows time frame A **600**. In another embodiment, time frame B **602** occurs at a later time than time frame A **600**.

In time frame A **600**, as shown in FIG. **6**A, CPE **104**(*a*) receives downlink **110**(*a*) (see FIG. 1) modulated at QAM-16 **604** from base station **102**. CPE **104**(*a*) transmits uplink **112**(*c*) (see FIG. 1) modulated at QPSK **606**. The qualities for the uplink **112**(*c*) and downlink **110**(*a*) may be different due to several factors. For example, performing multiple synchronizations by the base station **102** may affect these qualities. Additionally, because multiple CPE's **104**(*a*)–(*c*) typically transmit to base station **102** during a frame **300** (see FIG. **3**), the base station may receive interference between the signals from the multiple CPEs. Additionally, there may be other interference sources that only effect data transmission in only one direction. For example, co-channel and adjacent channel interference from neighboring cells or sectors can cause the link quality for an uplink to be different than the link quality for the downlink. In subsequent time frame B **602**, the downlink **110**(*a*) modulation scheme from the base station **102** is increased to QAM-64 **614** while the uplink **112**(*c*) modulation scheme from CPE **104**(*a*) remains at QPSK **606**. This occurs because the quality of the downlink **110**(*a*) has increased beyond an upper threshold **410**(*b*) (see FIG. **5**) between time frame A **600** and time frame B **602**. The quality of the uplink **112**(*c*) has not crossed the QPSK upper threshold **410**(*a*) (see FIG. **5**), and thus the uplink **112**(*c*) continued using QPSK **606**.

Returning to time frame A **600**, CPE **104**(*b*) receives downlink **110**(*b*) (see FIG. 1) modulated at QAM-64 **608** and transmits an uplink **112**(*b*) (see FIG. 1) modulated at QAM-16 **610**. Between time frame A **600** and time frame B **602**, the quality for both the uplink and downlink crossed over a lower threshold **412**(*b*), **412**(*a*) as evidenced by the more robust modulation schemes in time frame B **602**. In time frame B, the downlink **110**(*b*) is in QAM-16 **618** while uplink is in QPSK **620**. Since the modulation schemes of both links have decreased, this may have occurred due to changes in weather conditions between the base station **102** and CPE **104**(*b*).

Returning once again to time frame A **600**, CPE **104**(*c*) receives downlink **110**(*c*) (see FIG. 1) modulated at QAM-16 **612** and transmits uplink **112**(*c*) (see FIG. 1) modulated at QAM-16 **614** to the base station **102**. In time frame B **602**,

**11**

both the uplink and downlink are still using QAM-16 **612, 614** modulations. The link qualities of both the uplink **112**(c) and downlink **110**(c) between base station **102** and CPE **104**(c) have not crossed either an upper threshold **410**(b) or a lower threshold **412**(a).

FIG. 7 is a flowchart illustrating a process for adaptively adjusting the downlink modulation scheme. The base station can adjust its downlink modulation for a specific CPE **104** independent of that CPE's uplink modulation. In one embodiment, the process is performed during each frame **300** (one millisecond, for example), or periodically over several frames (every 10 seconds, for example). The base station **102** performs the process for each CPE **104**(a)–(c) within a sector **106** (see FIG. 1). In another embodiment, each CPE determines the quality of the downlink. Once determined, the CPE can report the quality information back to the base station or determine itself whether the downlink modulation should be adjusted. If the CPE determines that the downlink modulation should be adjusted based on its quality measurements, the CPE sends a request to the base station to use a different modulation technique. The base station is then able to adjust its downlink modulation accordingly for the specific CPE.

In particular, flow begins in start block **700**. Flow proceeds to block **702**, where the quality of the downlink **110** from the base station **102** is determined. The quality of the downlink may be a function of the state of the transmission medium (e.g. air, foggy air, wet air, smoky air, etc.) and the ability of both the transmitting and receiving components (e.g. base station **102** and CPE **104**) to respectively transmit and receive data. In one embodiment, each CPE **104**(a)–(c) determines the quality of its respective downlink **110**(a)–(c). In another embodiment, the quality of the downlink **110** is determined by only one CPE **104**. In this embodiment, the selected CPE **104** can be geographically located near the other CPEs **104** that receive the downlink **110** using the same modulation scheme. In still another embodiment, the CPEs **104** periodically transmits measurements, which are indicative of the quality of their respective downlink **110**, to the base station **102**. The base station **102** then uses these measurements to determine the quality of its downlink. These measurements can include SNR and/or BER measurements of the downlink **110**(a)–(c). For example, CPE **104**(a) determines the quality of its downlink **10**(a) based on a measurement by its BER module **208** (see FIG. 2). A single BER measurement or a series of several BER measurements taken by the CPE during a frame **300** (see FIG. 3) or during multiple frames may be used to determine the downlink quality. In embodiments where the CPE include a processor **210** (see FIG. 2), multiple measurements are analyzed by the processor **210** to determine the downlink's quality. For example, BER measurements may be averaged over N frames **300** to generate the downlink quality measurement. In one embodiment, CPE **104**(a) transmits its measurements to the base station **102** for analysis by a processor **210** in the base station. The base station then determines the quality of the downlink for CPE **104**(a).

Continuing to block **704**, the base station or CPE compares the calculated downlink quality with the current modulation thresholds, as shown in FIGS. 4 and 5. The current modulation thresholds are an upper threshold **410** and a lower threshold **412** at which the modulation scheme is changed. With reference to FIG. 5, the current modulation thresholds for a QAM-64 transmission are QAM-64 upper threshold **410**(c) and QAM-64 lower threshold **412**(b). For example, if the base station **102** is currently downlinking data to CPE **104**(b) using QAM-64 modulation, the modu-

**12**

lation scheme will change when the uplink quality exceeds the upper threshold **410**(c) at 38 dB or goes below lower threshold **412**(b) at 12 dB. Furthermore, the modulation scheme will not be changed when link quality crosses either QAM-256 lower threshold **412**(c) or QAM-16 upper threshold **410**(b) because they are not current modulation thresholds.

Next at decision block **706**, the base station determines whether the downlink quality has decreased and crossed a modulation lower threshold **412** (see FIG. 4) according to the comparisons made in block **704**. With reference to FIG. **5**, when the modulation is QAM-256 the current modulation lower threshold **412**(c) is 32 dB. For QAM-64, the current modulation lower threshold **412**(b) is 12 dB. For QAM-16, the current modulation lower threshold **412**(a) is 3 dB. If the current modulation lower threshold has been crossed, flow proceeds to block **708** where the base station selects a more robust modulation. In embodiments where the CPE determines the downlink quality and compares it to the modulation threshold, the CPE **104** can send a request to the base station **102** indicating a desired downlink modulation change. This request is sent during the uplink subframe. Once received by the base station **102**, a downlink modulation change confirmation is transmitted to the CPE **104** indicating in which frame **300** the change will occur. In another embodiment, a confirmation message is not transmitted to the CPE **104**, but instead the CPE **104** listens for its data at both the current modulation and the requested, more robust, modulation. Because the CPEs **104** receive all data transmitted by the base station **102**, a change in modulation will be evident to a specific CPE **104** when data is received in the requested modulation scheme. Flow then returns to block **702**.

Returning to decision block **706**, if a current modulation lower threshold has not been crossed, flow proceeds to decision block **710** where the base station determines whether the downlink quality has crossed an upper modulation threshold **410**. With reference to FIG. **5**, when the current modulation is QAM-64 the current modulation upper threshold **410**(c) is 38 dB. For QAM-16, the current modulation upper threshold **410**(b) is 17 dB. For QPSK, the current modulation upper threshold **410**(a) is 5 dB. If the base station determines that the current modulation upper threshold has been exceeded, flow continues to block **712** where the modulation scheme is changed to a less robust, denser modulation. In embodiments where the CPE determines the downlink quality and compares it to the modulation threshold, the CPE **104** sends a request to the base station **102** indicating a desired downlink modulation change. Once received by the base station **102**, a downlink modulation change confirmation is transmitted to the CPE **104** indicating in which frame **300** the change will occur. In another embodiment, a confirmation message is not transmitted to the CPE **104**, but instead the CPE **104** listens for its data at both the current modulation and the requested, more robust, modulation. Because the CPEs **104** receive all data transmitted by the base station **102**, a change in modulation will be evident to a specific CPE **104** when data is received in the requested modulation scheme. Flow then returns to block **702**.

Returning to decision block **710**, if the downlink quality has not exceeded the upper modulation threshold **610**, flow proceeds to block **702**.

FIG. 8 is a flowchart illustrating the process of adaptively adjusting uplink modulation scheme. A specific CPE's **104** can change its uplink modulation independent of that CPE's **110** downlink modulation. The specific CPE's modulation

**13**

can also be independent of the uplink modulation schemes used by other CPEs 104 within the same sector 106. Because the base station 102 must synchronize with each individual CPE 104 that uplinks data, the uplink quality may be different than the downlink quality with a specific CPE 104. In one embodiment the base station 102 performs the process to adaptively adjust the uplink modulation scheme used by a specific CPE 104. As such, a similar process may be completed for each CPE 104 within the sector 106 in order to adaptively adjust each CPEs 104 uplink modulation.

In particular, flow begins in start block 800. Flow proceeds to block 802, where the quality of the uplink 112 from a CPE 104 to a base station 102 is determined. The quality of the uplink may be a function of the state of the transmission medium (e.g. air, foggy air, wet air, smoky air, etc.) and the ability of both the transmitting and receiving components (e.g. CPE 104 and base station 102) to respectively transmit and receive data. In one embodiment, the base station 102 determines the quality of each uplink 112(a)–(c). In another embodiment, the base station 102 periodically transmits measurements, which are indicative of the quality of a CPE's uplink 112, to that CPE 104. The CPE 104 then uses these measurements to determine the quality of its uplink. These measurements can include SNR and/or BER measurements of the uplink 112(a)–(c). For example, base station 102 can determine the quality of uplink 112(c) based on a measurement by its SNR module 206 (see FIG. 2). A single SNR measurement or a series of several SNR measurements taken during a frame 300 (see FIG. 3) or during multiple frames may be used to determine the uplink quality. In embodiments which include a processor 210 (see FIG. 2), multiple measurements are analyzed by the processor 210 to determine the uplink's quality. For example, SNR measurements may be averaged over N frames 300 to generate the uplink quality measurement. In one embodiment, base station 102 transmits its measurements to a CPE 104 for analysis by a processor 210. The CPE 104 then determines the quality of its uplink.

Continuing to block 804, the base station or CPE compares the calculated uplink quality with the current modulation thresholds, as shown in FIGS. 4 and 5. The current modulation thresholds are an upper threshold 410 and a lower threshold 412 at which the modulation scheme is changed. With reference to FIG. 5, the current modulation thresholds for a QAM-64 transmission are QAM-64 upper threshold 410(c) and QAM-64 lower threshold 412(b). For example, if CPE 104(a) is currently uplinking data to base station 102 using QAM-64 modulation, the modulation scheme will change when the uplink quality exceeds the upper threshold 410(c) at 38 dB or goes below lower threshold 412(b) at 12 dB. Furthermore, the modulation scheme will not be changed when link quality crosses either QAM-256 lower threshold 412(c) or QAM-16 upper threshold 410(b) because they are not current modulation thresholds.

Next at decision block 806, the CPE determines whether the uplink quality has decreased and crossed a modulation lower threshold 412 (see FIG. 4) according to the comparison made in block 804. With reference to FIG. 5, when the modulation is QAM-256 the current modulation lower threshold 412(c) is 32 dB. For QAM-64, the current modulation lower threshold 412(b) is 12 dB. For QAM-16, the current modulation lower threshold 412(a) is 3 dB. If the current modulation lower threshold has been crossed, flow proceeds to block 808 where a less robust modulation is selected. In embodiments where the base station determines whether the uplink quality has crossed the threshold, the

**14**

base station 102 can send a request to the CPE 104 indicating a desired uplink modulation change. Alternatively, the base station 102 can transit an uplink map to all CPEs 104 in the downlink subframe 302 indicating which CPEs have been allotted uplink PS's and the PS's associated modulations. This allows the base station 102 to indicate to an individual CPE 104 that the modulation scheme has been changed by allotting uplink subframe 304 PSs to that CPE that uses a more robust modulation scheme. For example, if the uplink modulation for CPE 104(a) is to be changed from QAM-64 to QAM-16, the base station 102 assigns uplink subframe PS's which are to be modulated using QAM-16. This uplink assignment serves as an indicator to the CPE that its uplink modulation scheme has been change. Flow then returns to block 802.

Returning to decision block 806, if a current modulation lower threshold has not been crossed, flow proceeds to decision block 810 where the system determines whether the uplink quality has crossed an upper modulation threshold 410. With reference to FIG. 5, when the current modulation is QAM-64 the current modulation upper threshold 410(c) is 38 dB. For QAM-16, the current modulation upper threshold 410(b) is 17 dB. For QPSK, the current modulation upper threshold 410(a) is 5 dB. If the current modulation upper threshold has been exceeded, flow continues to block 812 where the modulation scheme is changed to a less robust, denser modulation. In one embodiment, the base station 102 sends a request to the CPE 104 indicating a desired uplink modulation change. In another embodiment, the base station 102 transmits an uplink map to all CPEs 104 in the downlink subframe 302 indicating which CPEs have been allotted uplink PS's and the PS's associated modulations. The base station 102 indicates to an individual CPE 104 that the modulation scheme has been changed by allotting uplink subframe 304 PSs to that CPE that uses a less robust modulation scheme. For example, if the uplink modulation for CPE 104(a) is to be changed from QAM-16 to QAM-64, the base station 102 assigns uplink subframe PS's which are to be modulated using QAM-64. This uplink assignment serves as an indicator to the CPE that its uplink modulation scheme has been change. Flow then returns to block 802.

Returning to decision block 810, if the downlink quality has not exceeded the upper modulation threshold 610, flow proceeds to block 802.

The foregoing description details certain embodiments of the invention. It will be appreciated, however, that no matter how detailed the foregoing appears in text, the invention can be practiced in many ways. As is also stated above, it should be noted that the use of particular terminology when describing certain features or aspects of the embodiments should not be taken to imply that the terminology is being re-defined herein to be restricted to including any specific characteristics of the features or aspects of the embodiment with which that terminology is associated. The scope of the embodiments should therefore be construed in accordance with the appended claims and any equivalents thereof.

What is claimed is:

1. A wireless communication system for determining a plurality of uplink modulation schemes and a plurality of downlink modulation schemes for use in a wireless communication system including a base station and a plurality of customer premises equipment (CPE), where each of the plurality of uplink and downlink modulation schemes used by each of the plurality of CPE can be asymmetric, such that the uplink modulation scheme may be different than the downlink modulation scheme, the system comprising:

a plurality of CPE, each including a first modem configured to measure a first link quality based on received downlink data;

**15**

a base station having a second modem configured to measure a second link quality for each of the plurality of CPE based on received uplink data;

a first processor configured to receive the first link quality and determine a downlink modulation scheme for each of the plurality of CPE; and

a second processor configured to receive the second link quality and determine an uplink modulation scheme for each of the plurality of CPE.

2. The system of claim 1, wherein the first processor is located at each of the plurality of CPE.

3. The system of claim 1, wherein the first processor is located at the base station to receive the first link quality from each of the plurality of CPE.

4. The system of claim 1, wherein the second processor is located at the base station.

5. The system of claim 1, wherein the second processor is located at each of the plurality of CPE to receive the second link quality from the base station.

6. The system of claim 1, wherein the first modem includes a signal to noise ratio module configured to measure the first link quality.

7. The system of claim 1, wherein the first modem includes a bit error rate module configured to measure the first link quality.

8. The system of claim 1, wherein the second modem includes a signal to noise ratio module configured to measure the first link quality.

9. The system of claim 1, wherein the second modem includes a bit error rate module configured to measure the first link quality.

10. A wireless communication system for determining an uplink modulation scheme and a downlink modulation scheme for use in a wireless communication system including a base station and at least one customer premises equipment (CPE), wherein the uplink and downlink modulation schemes are independently determined, such that the uplink modulation scheme may be different than the downlink modulation scheme, the system comprising:

a CPE having

a first modem configured to measure a first link quality based on received downlink data,

a first processor configured to receive the first link quality and determine a downlink modulation scheme for the CPE; and a base station having,

a second modem configured to measure a second link quality for the CPE based on received uplink data,

a second processor configured to receive the second link quality and determine an uplink modulation scheme for the CPE.

11. A wireless communication system for selecting a plurality of modulation schemes for use with a base station and a plurality of customer premises equipments (CPEs), wherein physical slots in an uplink subframe of data are assigned to the plurality of CPEs by the base station, and wherein the plurality of modulation schemes are used by the plurality of CPEs to modulate data transmitted during the physical slots to the base station, the system comprising:

a plurality of CPEs, each including a first modem configured to measure a quality value for a first physical slot of a first downlink subframe of data and transmit the quality value during a subsequent first physical slot of a first uplink subframe of data; and

a base station including a second modem configured to receive each quality value from the plurality of CPEs and determine a modulation scheme for a second

**16**

physical slot of a second downlink subframe of data for each of the plurality of CPEs, wherein the downlink modulation scheme is determined independently of a modulation scheme for a second physical slot of a second uplink subframe of data.

12. The system of claim 11, wherein the base station further includes a processor configured to determine the modulation scheme for the second physical slot of the second downlink subframe of data.

13. The system of claim 11, wherein the first modem includes a signal to noise ratio module configured to measure the quality value for the first physical slot of the first downlink subframe based on at least one signal to noise ratio measurement.

14. The system of claim 11, wherein the first modem includes a bit error rate module configured to measure the quality value for the first physical slot of the first downlink subframe based on at least one bit error rate measurement.

15. A wireless communication system for determining a first and second uplink modulation scheme and a first and second downlink modulation scheme for use in a wireless communication system including a base station and a first and second customer premises equipment (CPE), wherein the first uplink and downlink modulation schemes may be different, and the second uplink and downlink modulation schemes may be different, the system comprising:

a first CPE configured to receive data that is modulated using a first downlink modulation scheme by a base station and including a first signal to noise ratio module configured to measure a first downlink quality for the received data, and a first processor configured to determine a revised first downlink modulation scheme based on the first downlink quality;

a second CPE configured to receive data that is modulated using a second downlink modulation scheme by the base station and including a second signal to noise ratio module configured to measure a second downlink quality for the received data, and a second processor configured to determine a revised second downlink modulation scheme based on the second downlink quality;

a base station having a third signal to noise ratio module configured to measure a first uplink quality for the received data from the first CPE and a second uplink quality for the received data from the second CPE, and a third processor configured to determine a first uplink modulation scheme based on the first uplink quality for the first CPE and a second uplink modulation scheme based on the second uplink quality for the second CPE.

16. A wireless communication system for determining a plurality of uplink modulation schemes and a plurality of downlink modulation schemes for use in a wireless communication system including a base station and a plurality of customer premises equipment (CPE), wherein each of the plurality of uplink and downlink modulation schemes used by each of the plurality of CPEs can be asymmetric, such that the uplink modulation scheme may be different than the downlink modulation scheme, the system comprising:

a plurality of CPEs, each of the CPE including a first modem configured to measure a first downlink quality for data from a base station; and

a base station having a second modem configured to measure uplink quality for transmissions from each of the plurality of CPEs, and a processor configured to determine an uplink modulation scheme for each of the CPE, wherein the processor is further configured to

**17**

receive the first downlink quality from the plurality of CPEs and determine a downlink modulation scheme for each CPE.

**17**. The system of claim **16**, wherein the first modem includes a signal to noise ratio module.

**18**. The system of claim **16**, wherein the first modem includes a bit error rate module.

**19**. A method for determining a plurality of uplink modulation schemes and a plurality of downlink modulation schemes for use in a wireless communication system which communicates with frames of data and includes a base station and a plurality of customer premises equipment (CPEs), wherein each of the plurality of uplink and downlink modulation schemes used by each of the plurality of CPEs can be asymmetric, such that the uplink modulation scheme may be different than the downlink modulation scheme, the method comprising:

determining an uplink quality for a first frame of data transmitted by a CPE and received by a base station;

comparing the determined first uplink quality to a plurality of modulation threshold values;

if the first uplink quality has crossed one of the plurality of modulation thresholds selecting a second uplink modulation scheme for the CPE;

receiving a request for the second uplink modulation scheme at the CPE;

determining a downlink quality for a second frame of data transmitted by the base station and received by the CPE;

comparing the determined first downlink quality to a second plurality of modulation threshold values;

if the first downlink quality has crossed one of the plurality of modulation thresholds, selecting a second downlink modulation scheme for the CPE;

**18**

receiving a request for the second downlink modulation scheme at the base station;

transmitting a third frame of data by the base station to the CPE using the second downlink modulation scheme;

transmitting a fourth frame of data by the CPE to the base station using the second uplink modulation scheme.

**20**. The method of claim **19**, wherein determining the uplink quality is accomplished using at least one signal to noise ratio ("SNR") measurements for the first frame of data.

**21**. The method of claim **20**, wherein the at least one SNR measurements are averaged in order to determine the uplink quality.

**22**. The method of claim **19**, wherein determining the downlink quality is accomplished using at least one signal to noise ratio ("SNR") measurements for the second frame of data.

**23**. The method of claim **22**, wherein the at least one SNR measurements are averaged in order to determine the downlink quality.

**24**. The method of claim **19**, further comprising sending the selected second uplink modulation scheme by the base station to the CPE within an uplink frame map.

**25**. The method of claim **19**, further comprising sending a request for the selected second downlink modulation scheme by the CPE to the base station.

**26**. The method of claim **25**, further comprising sending a confirmation by the base station to the CPE in response to the request for the second downlink modulation.

**27**. The method of claim **25**, further comprising recognizing the second downlink modulation in the third frame of data by the CPE.

\* \* \* \* \*