1  MCKOOL SMITH P.C.
   Laura Handley [SBN 171478]
2  lhandley@mckoolsmith.com
   300 W. 6th Street, Suite 1700
3  Austin, TX 78701
   Telephone: (512) 692-8748
4  Facsimile: (512) 692-8744

5  Attorneys for specially appearing
   Defendant Wi-LAN Inc.
6

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | ALIPHCOM, a California corporation, | Case No.  CV-10-02337 SI
13 |     Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**
14 | v. |
15 | WI-LAN INC., a Canadian corporation |
   |                                     | **Amended Complaint Filed:   July 1, 2010**
16 |     Defendant. |

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT
Case No. CV-10-02337 SI
Dallas 306138v2

Pursuant to Civil Local Rule 6-1(a), Defendant Wi-LAN Inc. ("Wi-LAN") hereby submits the following stipulation between the parties in this action extending the time for its response to Plaintiff Aliphcom's ("Aliph's") Amended Complaint for Declaratory Judgment of Patent Invalidity, Noninfringement and Unenforceability ("Complaint"):

WHEREAS, Plaintiff Aliph and Defendant Wi-LAN have met and conferred concerning extending the time within which Wi-LAN may respond to Aliph's Complaint, and

WHEREAS, Aliph and Wi-LAN have mutually agreed to a two (2) day extension of time for Wi-LAN to file a response to the Complaint,

THEREFORE, it is hereby stipulated and agreed that the time in which Wi-LAN may respond to the Complaint is extended for two (2) days. Wi-LAN will file its response to the Complaint on or before **July 28, 2010**.

So stipulated,

DATED: July 26, 2010             McKool Smith, P.C.

                                 By: /s/ Laura Handley_____
                                     Laura Handley
                                     Attorney for specially appearing
                                     Defendant Wi-LAN Inc.

DATED: July 26, 2010             Morrison & Foerster LLP

                                 By: /s/ Eric S. Walters_____
                                     Eric S. Walters
                                     Attorney for plaintiff
                                     Aliphcom

Upon the parties' stipulation, and good cause appearing therefor, it is

**SO ORDERED.**

Dated: _____, 2010       By: _[signature: Susan Illston]_____
                                     United States District Court Judge