| | |
|---|---|
| 1 | ERIC S. WALTERS (CA SBN 151933) |
|   | EWalters@mofo.com |
| 2 | ERIKA L. YAWGER (CA SBN 234919) |
|   | EYawger@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 755 Page Mill Road |
| 4 | Palo Alto, CA  94304-1018 |
|   | Telephone: 650.813.5600 |
| 5 | Facsimile: 650-494-0792 |
| 6 | Attorneys for Plaintiff |
|   | ALIPHCOM |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ALIPHCOM, a California corporation, | | Case No.   3:10-cv-02337-LHK |
| Plaintiff, | | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DATES FOR HEARING AND CASE MANAGEMENT CONFERENCE |
| v. | | |
| WI-LAN, INC., a Canadian corporation, | | |
| Defendant. | | **[Civil L.R. 7-12]** |

Pursuant to Civil Local Rule 7-12, Plaintiff Aliphcom ("Aliph") and Defendant Wi-LAN, Inc. ("Wi-LAN"), by and through their respective undersigned counsel, hereby stipulate and jointly request that the Court continue the September 7, 2010 Initial Case Management Conference and hearing on Wi-LAN's Motion to Dismiss for Lack of Personal Jurisdiction and/or Motion to Transfer ("Motion to Dismiss and/or Transfer") as follows:

WHEREAS, on July 28, 2010, Defendant Wi-LAN filed its Motion to Dismiss and/or Transfer; and,

WHEREAS, on August 2, 2010, this case was reassigned from Hon. Judge Susan Illston to Hon. Judge Lucy H. Koh, and all pending motion dates and hearings were taken off-calendar; and,

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. 3:10-cv-02337-LHK

1  WHEREAS, on August 9, 2010, the Parties received the Clerk's Notice Directing Counsel to Re-Notice Motions, which set the Initial Case Management Conference for September 7, 2010 and directed counsel to re-notice the Motion to Dismiss and/or Transfer for September 7, 2010; and,

WHEREAS, Aliph and Wi-LAN are in the process of meeting and conferring regarding the timing and scope of any discovery that Aliph intends to pursue concerning the jurisdiction and venue issues raised in Wi-LAN's Motion to Dismiss and/or Transfer prior to filing its Opposition thereto; and,

WHEREAS, as a matter of judicial economy, the Parties agree that the date for the Initial Case Management Conference should be continued to coincide with the Parties' new requested date for the hearing on the Motion to Dismiss and/or Transfer;

THEREFORE, the Parties hereby stipulate and agree and request that the Court continue the date for the hearing on Wi-LAN's Motion to Dismiss and/or Transfer and the Initial Case Management Conference to **November 4, 2010**.  The Parties further stipulate and agree that last day for Aliph to file its Opposition to the Motion to Dismiss and/or Transfer will be **October 11, 2010**, and the last day for Wi-LAN to file its Reply in support of its Motion to Dismiss and/or Transfer will be **October 18, 2010**.

Furthermore, pursuant to Fed. R. Civ. P. 26(f)(2) and Civil Local Rule 16, the Parties hereby stipulate and agree and request that the last day for the parties to file Joint Case Management Conference Statements pursuant to paragraphs 10 and 11 of Judge Koh's Reassignment Order shall be continued to **October 21, 2010**.

| | | |
|---|---|---|
| 1 | Dated: August 12, 2010 | ERIC S. WALTERS |
| 2 | | ERIKA L. YAWGER |
| | | MORRISON & FOERSTER LLP |

By: /s/ Eric S. Walters
ERIC S. WALTERS
Attorneys for Plaintiff
ALIPHCOM

Dated: August 12, 2010       LAURA A. HANDLEY
MCKOOL SMITH, P.C.

By: /s/ Laura A. Handley
LAURA A. HANDLEY
Attorneys for Defendant
WI-LAN INC.

## SIGNATURE ATTESTATION

I hereby attest that I have obtained the concurrence in the filing of this document by the signatories indicated by a conformed "s/" signature. I will maintain records that support this concurrence that can be made available for inspection upon request.

Dated: August 12, 2010       MORRISON & FOERSTER LLP

By: s/Eric S. Walters
ERIC S. WALTERS
Attorneys for Plaintiff
ALIPHCOM

IT IS SO ORDERED.

Dated: August 13, 2010

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge

STIPULATION AND [PROPOSED] ORDER
Case No. 3:10-cv-02337-LHK

3