DAVID A. JAKOPIN (SBN 209950)
david.jakopin@pillsburylaw.com
DIANNE L. SWEENEY (SBN 187198)
dianne.sweeney@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2475 Hanover Street
Palo Alto, CA 94304
Phone: (650) 233-4500
Fax: (650) 233-4545

CLAUDIA WILSON FROST (*pro hac vice* application submitted herewith)
claudia.frost@pillsburylaw.com
JEFFREY L. JOHNSON (*pro hac vice* application submitted herewith)
PILLSBURY WINTHROP SHAW PITTMAN LLP
909 Fannin Street, Suite 2000
Houston, TX 77010
Phone: (713) 276-7600
Fax: (713) 276-7373

Attorneys for Plaintiff
ALIPHCOM

RECEIVED
OCT 1 3 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALIPHCOM, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WI-LAN, INC., a Canadian corporation,<br><br>Defendant. | Case No. 5:10-cv-02337-LHK<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF JEFFREY L. JOHNSON AS COUNSEL *PRO HAC VICE* |

1  Jeffrey L. Johnson, whose business address and telephone number is PILLSBURY
2  WINTHROP SHAW PITTMAN LLP, 909 Fannin Street, Suite 2000, Houston, Texas
3  77010, Telephone (713) 276-7600, and who is an active member in good standing of the
4  bar of Texas having applied in the above-entitled action for admission to practice in the
5  Northern District of California on a *pro hac vice* basis, representing Plaintiff Aliphcom,
6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
7  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance
8  *pro hac vice*. Service of papers upon and communication with co-counsel designated in the
9  application will constitute notice to the party. All future filings in this action are subject to
10  the requirements contained in General Order No. 45, *Electronic Case Filing*.

11

12  Dated: October 18, 2010              _____
                                          The Honorable Lucy H. Koh

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

702519146v1

- 2 -

[PROPOSED] ORDER GRANTING APPL.
FOR ADMISSION OF J. JOHNSON