RECEIVED

OCT 1 3 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  DAVID A. JAKOPIN (SBN 209950)
   david.jakopin@pillsburylaw.com
2  DIANNE L. SWEENEY (SBN 187198)
   dianne.sweeney@pillsburylaw.com
3  PILLSBURY WINTHROP SHAW PITTMAN LLP
   2475 Hanover Street
4  Palo Alto, CA 94304
   Phone: (650) 233-4500
5  Fax: (650) 233-4545

6  CLAUDIA WILSON FROST (*pro hac vice* application submitted herewith)
   claudia.frost@pillsburylaw.com
7  JEFFREY L. JOHNSON (*pro hac vice* application submitted herewith)
   jeffrey.johnson@pillsburylaw.com
8  PILLSBURY WINTHROP SHAW PITTMAN LLP
   909 Fannin Street, Suite 2000
9  Houston, TX 77010
   Phone: (713) 276-7600
10 Fax: (713) 276-7373

11 Attorneys for Plaintiff
   ALIPHCOM
12

13                UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                     SAN JOSE DIVISION

16 _____

17 ALIPHCOM, a California corporation,      § Case No. 5:10-cv-02337-LHK
                                             §
18                Plaintiff,                 § [PROPOSED] ORDER GRANTING
                                             § APPLICATION FOR ADMISSION
19 v.                                        § OF CLAUDIA WILSON FROST AS
                                             § COUNSEL *PRO HAC VICE*
20 WI-LAN, INC., a Canadian corporation,     §
                                             §
21                Defendant.                 §
                                             §
22 _____§

23

24

25

26

27

28

702519130v1                          - 1 -              [PROPOSED] ORDER GRANTING APPL.
                                                        FOR ADMISSION OF C. FROST

1  Claudia Wilson Frost, whose business address and telephone number is
2  PILLSBURY WINTHROP SHAW PITTMAN LLP, 909 Fannin Street, Suite 2000,
3  Houston, Texas 77010, Telephone (713) 276-7600, and who is an active member in good
4  standing of the bar of Texas having applied in the above-entitled action for admission to
5  practice in the Northern District of Califonria on a *pro hac vice* basis, representing Plaintiff
6  Aliphcom,

7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
8  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance
9  *pro hac vice*. Service of papers upon and communication with co-counsel designated in the
10  application will constitute notice to the party. All future filings in this action are subject to
11  the requirements contained in General Order No. 45, *Electronic Case Filing*.

13  Dated: October 18, 2010

_____
The Honorable Lucy H. Koh